**SO ORDERED.**

**SIGNED this 28th day of July, 2014.**




Robert E. Nugent
United States Chief Bankruptcy Judge

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRANDON COREY NAYLOR and | ) | Case No.    13-10974 |
| KARAH DAWN NAYLOR, | ) | Chapter    13 |
| | ) | |
| Debtors. | ) | |

### ORDER GRANTING MOTION TO STRIP SECOND MORTGAGE
### PURSUANT TO 11 U.S.C. §506(a)

This matter comes before the Court on the motion of the Debtors to strip the second mortgage on their primary residence. The Debtors appear by and through their attorney, Rick E. Hodge, Jr.. The chapter 13 Trustee appears through herself. The Motion was properly noticed with an objection deadline of July 21, 2014; no objections were filed. Based upon the Motion and the record herein, the Court orders that:

1. 21st Mortgage Corporation was properly served with notice of Debtors' motion;

2. The second mortgage of 21st Mortgage Corporation is wholly unsecured;

3. Debtors' motion to strip the second mortgage of 21st Mortgage Corporation is hereby GRANTED;

4. The legal description for the real property is:

    NORTH 15 FEET OF LOT ELEVEN (11), AND ALL OF LOT TWELVE (12), BLOCK EIGHT (8), DARRAH & WILSON'S ADDITION TO MCPHERSON, MCPHERSON COUNTY, KANSAS.

5. The second mortgage for 21st Mortgage Corporation, which had a balance of approximately $24,164.52 at the time of the case filing, shall be removed as a lien creditor for the above-referenced property, commonly known as 812 N Ash, McPherson, Kansas, 67460;

6. The second mortgage for 21st Mortgage Corporation shall be treated as a general unsecured claim in this bankruptcy case.

IT IS SO ORDERED

###

| | |
|---|---|
| RICK HODGE, ATTORNEY AT LAW, L.C.<br>Attorney for Debtors | APPROVED BY:<br><br>CHAPTER 13 TRUSTEE |
|    s/ *Rick E. Hodge, Jr.*<br>Rick E. Hodge, Jr., #23740<br>700 N Market<br>Wichita, KS 67214<br>T: (316) 448-1028<br>F: (316) 448-0303<br>rick@rickhodge.com |    s/ *Laurie B. Williams*<br>Laurie B. Williams, #12868<br>300 W Douglas, Ste 650<br>Wichita, KS 67202<br>316-267-1791<br>316-267-0970 (fax) |